IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHRISTINA ROSSI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>F. EDWARD DUDEK, an individual,<br><br>Defendant. | VERDICT FORM<br><br>Case No. 2:15-CV-767 TS<br><br>District Judge Ted Stewart |

Please answer the following questions based on a preponderance of the evidence, unless otherwise indicated:

1.    Did Plaintiff Christina Rossi prove her defamation claim against Defendant F. Edward Dudek?

Yes __X__            No _____

If you answered "No," to Question 1, stop here, have the Foreperson sign the Verdict Form, and advise the Court Security Officer. If you answered "Yes" to Question 1, proceed to Question 2.


2.    Did Defendant F. Edward Dudek prove that he is entitled to governmental immunity?

Yes _____            No __X__

If you answered "Yes" to Question 2, proceed to Question 3.  If you answered "No" to Question 2, proceed to Question 4.

3.      Did Plaintiff Christina Rossi prove that Defendant F. Edward Dudek defamed her through "willful misconduct"?

Yes __X__          No _____

If you answered "No" to Question 3, stop here, have the Foreperson sign the Verdict Form, and advise the Court Security Officer. If you answered "Yes" to Question 3, proceed to Question 4.


4.      What amount, if any, would fairly compensate Plaintiff Christina Rossi for the harm caused to her by Defendant F. Edward Dudek's defamation:

Economic Damages          __O__

Noneconomic Damages      $160,000.00

Total                     $160,000.00


5.      By clear and convincing evidence, do you find Plaintiff Christina Rossi is entitled to punitive damages?

Yes_____          No _X___

If "Yes," in what amount? _____


TOTAL $  $160,000.00

DATED: __3-13-2024__                    _____
                                        Foreperson